An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

RALPH JIM,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61906

**FILED**

APR 0 9 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malone_
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of battery causing substantial bodily harm. Sixth Judicial District Court, Humboldt County; Michael Montero, Judge.

Appellant Ralph Jim claims that the district court abused its discretion at sentencing by imposing an 18- to 45-month prison term rather than placing him on probation. At sentencing, the district court heard argument that Jim had an extensive history of criminal conduct, which started when he was a juvenile and included several batteries. The court also heard that Jim had previously been placed on probation two times as a juvenile and one time as an adult. We conclude that the district court did not abuse its discretion by imposing a prison term rather than placing Jim on probation, see NRS 176A.100(1)(c); NRS 193.130(2)(c); NRS

SUPREME COURT
OF
NEVADA

(O) 1947A

13-10348

200.481(2)(b); Houk v. State, 103 Nev. 659, 664, 747 P.2d 1376, 1379 (1987), and we

ORDER the judgment of conviction AFFIRMED.[1]

_____, J.
Hardesty

_____, J.          _____, J.
Parraguirre                              Cherry


cc:    Hon. Michael Montero, District Judge
       Humboldt County Public Defender
       Attorney General/Carson City
       Humboldt County District Attorney
       Humboldt County Clerk

---

[1]The fast track statement and fast track response do not comply with NRAP 3C(h)(1) and NRAP 32(a)(4) because they do not have margins of at least one inch on all four sides. We caution counsel for the parties that future failure to comply with the applicable rules when filing briefs in this court may result in the imposition of sanctions. See NRAP 3C(n).